**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

Turrel David
36 Hilmar Road
Windsor MD 21244

          Plaintiff,

    v.

Tesla Inc
1 Tesla Road
Austin TX 78725

Tesla Motors, Inc.
1 Tesla Road
Austin TX 78725

Elon Musk
1 Tesla Road
Austin TX 78725

Douglas Adams
9428 Reisterstown Road
Owings Mills MD 21117

Jason Sampson
9428 Reisterstown Road
Owings Mills MD 21117

Nina Matos
9428 Reisterstown Road
Owings Mills MD 21117

Shawn Ward
9428 Reisterstown Road
Owings Mills MD 21117

Rama Chairi
9428 Reisterstown Road
Owings Mills MD 21117

Emily Eskay
9428 Reisterstown Road
Owings Mills MD 21117

Civil Case No.

Mohammad Tawil
9428 Reisterstown Road
Owings Mills MD 21117

Valerie Capers Workman
225 Bush St.
12th Floor
San Francisco CA 94104

Allie Arebalo
1 Tesla Road
Austin TX 78725

Troy James
1 Tesla Road
Austin TX 78725

     Defendants.

## NOTICE OF REMOVAL

   Pursuant to 28 U.S.C. § 1441 *et seq*., Defendant, Tesla Motors, Inc. A/K/A Tesla Inc.[1] ("Defendant Tesla"), by and through its undersigned counsel, hereby gives notice that it has removed to this Court from the Maryland Circuit Court for Baltimore County the case captioned *Turrel David v. Tesla Inc. et al.,* Civil Case No. C-03-CV-22-004086 (the "Circuit Court Action"), and in support thereof, states as follows:

   1.  On October 7, 2022, Plaintiff filed a Complaint in the Maryland Circuit Court for Baltimore County. No service was effectuated. On August 3, 2023 Plaintiff filed a Fourth Amended Complaint ("Complaint"). On August 22, 2023, Plaintiff served a copy of the Writ of Summons and the Complaint Plaintiff served on Defendant Tesla's registered agent by process server.

---

[1] Incorrectly named in the underlying Complaint as two entities "Tesla Motors Inc." and "Tesla, Inc."

2.      Pursuant to 28 U.S.C. § 1446(b) a party must move for removal within thirty days of receipt of the Complaint through service or otherwise. This Notice of Removal is filed within 30 days after receipt of the Complaint on September 21, 2023 in compliance with the time requirements of 28 U.S.C. § 1446. Exhibit 1 is a true and legible copy of all documents served on Defendant Tesla. Defendants Douglas Adams, Mohammad Tawil, Jason Sampson, Nina Matos, Shawn Ward and Rama Chari were served on August 23, 2023. Defendant Emily Eskay was served on August 24, 2023. Defendants Valerie Capers Workman, Allie Arebalo, Troy James and Elon Musk have not been served. As such, this Removal is timely.

3.      Defendant Tesla has not served any answer or responsive pleading to Plaintiff's Complaint.

4.      Defendant Tesla submits this Notice of Removal without waiving any defenses to the claims asserted by Plaintiff, its right to demand arbitration, or conceding that Plaintiff has pled claims upon which relief can be granted.

5.      The Circuit Court Action is removable under 28 U.S.C. § 1441(a), because it falls within the original federal question jurisdiction of this Court under 28 U.S.C. § 1331.  In the Circuit Court Action, Plaintiff alleges that Defendant Tesla discriminated against, harassed and retaliated against him in violation of Title VII, the Equal Pay Act, and the Americans with Disabilities Act, 42 U.S.C. § 12112(a), during his employment (Counts II, III, IV, V, VI, VII. (*See* Exhibit 1, Compl. ¶¶ 5, 45, 179-421).

6.      Plaintiff also brings a claim for wrongful termination (Count I), negligence (Count VIII), defamation (Count IX), breach of contract (Count X) DC Human Rights Act of 1977, a claim for intentional infliction of emotional distress and a claim for negligent supervision, as Counts II, III, and IV, respectively. (*See* Exhibit 1, Compl. ¶¶ 111-177, 422 -484). This Court has

supplemental jurisdiction over these state-law claims asserted in the Complaint because the state-law claims also are based on and arise out of Plaintiff's employment with Defendant Tesla and are "so related to claims in the action within such original jurisdiction [of the Court] that they form part of the same case or controversy under Article III of the United States Constitution." See 28 U.S.C. §1367(a).

7.     Under 28 U.S.C. § 1441(a), venue of the removed action is proper as the United States District Court for the District of Maryland is the District that encompasses Baltimore County Maryland, the location in which the Circuit Court Action was filed.

8.     Pursuant to Local Rule 103.5(a), the undersigned counsel, Kathleen A. McGinley and Alexander Cranford, hereby certify that true and legible copies of all documents on file in the Circuit Court Action have now been filed in this Court via Exhibit 1-101.

9.     In accordance with 28 U.S.C. § 1446(a) and Local Rule 103.5(a), true and legible copies of all process, pleadings, documents and orders which have been served upon Defendant Tesla are attached hereto, together with all other documents on file in the Circuit Court Action via Exhibit 1-101.

10.     A copy of this Notice of Removal has been mailed to Plaintiff and the served Defendants, and a copy of this Notice of Removal shall be promptly filed with the Clerk of the Maryland Circuit Court for Baltimore County, in accordance with 28 U.S.C. § 1446(d).

WHEREFORE, because this Court has original jurisdiction pursuant to 28 U.S.C. § 1331, and removal is appropriate pursuant to 28 U.S.C. § 1441(a), notice is hereby given that the Circuit Court Action, now pending in the Maryland Circuit Court for Baltimore County, Civil Case No. C-03-CV-22-004086, is removed in its entirety to this Court.

Respectfully submitted,

**JACKSON LEWIS P.C.**

Dated: September 21, 2023

By: /s/ Kathleen McGinley
Kathleen A. McGinley, Esq. (Bar No. 29150)
Alexander V. Cranford, Esq. (Bar No. 21281)
2800 Quarry Lake Drive, Suite 200
Baltimore, MD 21209
(410) 415-2085 – Phone
(410) 415-2001 – Fax
Kathleen.McGinley@jacksonlewis.com
Alexander.Cranford@jacksonlewis.com

*Attorneys for Defendant Tesla Motors, Inc. A/K/A
Tesla Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 21st day of September 2023, a copy of the foregoing

Notice of Removal with attachments was served via U.S. First Class mail to the following:

Turrel David
3652 Hilmar Road
Windsor Mill MD 21244

*Plaintiff*

Douglas Adams
9428 Reisterstown Road
Owings Mills MD 21117

Jason Sampson
9428 Reisterstown Road
Owings Mills MD 21117

Nina Matos
9428 Reisterstown Road
Owings Mills MD 21117

Shawn Ward
9428 Reisterstown Road
Owings Mills MD 21117

Rama Chairi
9428 Reisterstown Road
Owings Mills MD 21117

Emily Eskay
9428 Reisterstown Road
Owings Mills MD 21117

Mohammed Tawil
9428 Reisterstown Road
Owings Mills MD 21117

*Defendants* (served)

Respectfully submitted,

**JACKSON LEWIS P.C.**

Dated:  September 21, 2023

By: /s/ Kathleen McGinley
Kathleen A. McGinley, Esq. (Bar No. 29150)
Alexander V. Cranford, Esq. (Bar No. 21281)
2800 Quarry Lake Drive, Suite 200
Baltimore, MD 21209
(410) 415-2085 – Phone
(410) 415-2001 – Fax
Kathleen.McGinley@jacksonlewis.com
Alexander.Cranford@jacksonlewis.com

*Attorneys for Defendant Tesla Motors, Inc. A/K/A Tesla Inc.*